JOHN F. MARTIN, ESQ. (SBN 52618)
GEORGELLE C. HEINTEL, ESQ. (SBN 283595)
LAW OFFICES OF JOHN F. MARTIN, PC
3100 Oak Road, Suite 230
Walnut Creek, CA 94597
Phone - (925) 937-5433
Facsimile – (925) 938-5567

Attorneys for Plaintiff,
HECTOR R. GUERRA, SENIOR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR R. GUERRA, SENIOR,<br><br>Plaintiff<br><br>v.<br><br>CONCORD DISPOSAL SERVICE, INC.;<br>DOES 1 through 10,<br><br>Defendants. | CASE NO. CV 12-4409 SBA<br><br>[proposed] COURT ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE |

IT IS THEREFORE ORDERED THAT Plaintiff's dismissal with prejudice is GRANTED.

DATED: 4/26 , 2013

By: _____
The Honorable Saundra Brown Armstrong
Judge Of The Northern District Court

APPROVED AS TO FORM:
DATED: April , 2013

_____
JAHMAL DAVIS, ESQ. / DAVID ABELLA, ESQ.
Attorneys for Defendant Concord Disposal

3
STIPULATION FOR DISMISSAL WITH PREJUDICE